U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 18 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

1UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FREDERICK BODISON

DOCKET NO. 15-CV-177; SEC. P

VERSUS

JUDGE STAGG

WARDEN

MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this 17 day of June, 2015.

TOM STAGG
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA